**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable David M. Ebel**

Criminal Case No. 1:10-cr-00537-DME-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ANTONIO MARTINEZ-TERAN,**

    Defendant.

**ORDER REGARDING CHANGE OF PLEA AND SENTENCING HEARING**

This matter is before the Court upon the United States' Notice of Misdemeanor Disposition (Doc. No. 39). Because the proposed disposition involves a guilty plea to a misdemeanor offence,

IT IS HEREBY ORDERED that this matter is referred to the duty Magistrate Judge to proceed with expedited sentencing. The change of plea hearing currently set before the Honorable David M. Ebel on January 12, 2011, at 10:00 a.m. is VACATED.

Date: December 30, 2010.

BY THE COURT:

*s/ David M. Ebel*

CIRCUIT JUDGE DAVID M. EBEL
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO